OPINION — AG — ** EMPLOYMENT AGENCY — PLACEMENT FEES ** WHERE A PERSON IS PLACED ON A JOB THROUGH A PRIVATE EMPLOYMENT AGENCY AND TERMINATES THAT EMPLOYMENT FOR ANY REASON WITHIN SIXTY DAYS(60), THE APPLICABLE FEE FOR THE PLACEMENT OF THAT PERSON WILL BE GOVERNED BY 40 O.S. 1971 54 [40-54](B) CITE: 40 O.S. 1974 Supp., 55 [40-55](B), 40 O.S. 1971 52 [40-52](H)(I) (JAMES H. GRAY)